# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**CENVEO CORPORATION,**

        **Plaintiff,**

**v.**

**CELUMSOLUTIONS SOFTWARE GMBH & CO KG**, a limited partnership established under Austrian laws and registered at the commercial register of the District Court of Linz, Austria, sub folio No FN 181219z, doing business as "CelumSolutions" and as "Celum Partners"; and

**CELUMSOLUTIONS SOFTWARE GMBH**, a limited liability company [GmbH] incorporated under Austrian laws and registered at the commercial register of the District Court of Linz, Austria sub folio No FN 246117m, doing business as "CelumSolutions" and as "Celum Partners"; and

**JEREMY WILKER**, a natural person,

        **Defendants.**

Case No. 06-cv-4154 PAM/JSM

**ORDER**

It is hereby ORDERED that Plaintiff Cenveo Corporation will file its response to Defendant Jeremy Wilker's Motion to Dismiss on January 15, 2006 and Defendant Jeremy Wilker will file its reply on January 22, 2006.

Dated: <u>January 9, 2007</u>　　　　　　　　 s/Paul A. Magnuson
                                                          The Honorable Paul A. Magnuson
                                                          United States District Court
                                                           District of Minnesota