UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cenveo Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>CelumSolutions Software GMBH & Co KG, CelumSolutions Software GMBH, and Jeremy Wilker,<br><br>                Defendants. | Civil No. 06-4154 (PAM/AJB)<br><br><br>**ORDER** |

The Court has been advised that this case has settled.  Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.  The Court reserves jurisdiction for sixty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August 9, 2007

                                                            s/ Paul A. Magnuson
                                                            Paul A. Magnuson
                                                            United States District Court Judge